IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NANCY MOSPANYUK, <br><br> Plaintiff, <br><br> v. <br><br> AXS MOBILITY CORPORATION, <br><br> Defendant. | CIVIL ACTION FILE NO. <br><br> 1:21-cv-4614-ELR-JKL |

## **ORDER**

This matter is presently before the Court on the parties' joint motion to stay. [Docs. 8.] The parties represent that they intend to participate in private mediation, and ask that pending deadlines be stayed in order to attempt a settlement of Plaintiff's claims. [*Id.* at 1-2.] For good cause shown, the parties' joint motion to stay is **GRANTED IN PART**.[1] The current deadlines in this case are **STAYED through March 7, 2022**. If the parties need additional time for mediation or settlement negotiations, they may request it. Should the parties' settlement fail,

---

[1] The parties' request for a stay is granted. Their request, however, failed to specify an end date for the stay. [*See* Doc. 8.] To the extent they request an indefinite stay, that request is denied. The Court will, however, provide the parties with approximately two months to complete mediation, and will not foreclose the possibility of extending the stay if circumstances require.

however, they shall exchange their initial disclosures and provide the Court with their joint preliminary report and discovery plan no later than **March 21, 2022**, and discovery will also commence on **March 21, 2022**.

The Clerk is **DIRECTED** to resubmit the case to the undersigned on **March 22, 2022**.

IT IS SO ORDERED this 7th day of January, 2022.

_____
JOHN K. LARKINS III
United States Magistrate Judge